UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES,

                      Plaintiff,                  NOT FOR PUBLICATION

    -against-                         **ORDER**

MARIA FRAGOSO,                          05-CV-772
                      Defendant.
-----------------------------------------------------x
AMON, United States District Judge:

      The Court has received the Report and Recommendation of the Honorable Kiyo Matsumoto, United States Magistrate Judge, dated March 28, 2007, recommending that the judgment entered on June 7, 2005 be vacated. Because no party objected to the report and recommendation, the Court hereby adopts the report and recommendation as the opinion of the Court. The Clerk of the Court is directed to vacate the judgment entered on June 7, 2005.

      SO ORDERED.

Dated: Brooklyn, New York
       April 27, 2007

                                                                   Carol Bagley Amon
                                                                   United States District Judge